UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-23917-CIV-MARTINEZ-SANCHEZ

ACCELERANT SPECIALTY INSURANCE
COMPANY and TEXAS INSURANCE
COMPANY,

      Plaintiffs,

v.

SANTANA MANAGEMENT, LLC,

      Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      **THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs' Motion for Final Default Judgment Against Defendant, (ECF No. 9). (ECF No. 10.) Judge Sanchez filed his R&R, (ECF No. 12), recommending that Plaintiffs' Motion be granted, and that the Court enter final default judgment declaring the Policy void *ab initio*. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation, (ECF No. 12), is **AFFIRMED** and **ADOPTED**.

    2.    Plaintiffs' Motion for Final Default Judgment, (ECF No. 9), is **GRANTED**.

    3.    Final Judgment will be entered by separate order.

      **DONE AND ORDERED** in Miami, Florida, this 11 day of September, 2025.

                                                                       JOSE E. MARTINEZ
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record